THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLOMON MASSARSKY, Respondent, against WILLIAM A. ADAMS, as Warden of the City Prison of the City of New York, Appellant.— Order unanimously reversed, the writ dismissed and the relator remanded to the custody of the Warden of the City Prison of the City of New York, on the authority of *United States* v. *White* (322 U. S. 694).  Settle order on notice.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.  [183 Misc. 357.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BONFIGLIO, LOUIS LEPORE and EDWARD MARTIN, Appellants.— Judgment appealed from by the defendants Frank Bonfiglio and Edward Martin unanimously affirmed.  Judgment appealed from by the defendant Louis Lepore reversed, the information dismissed and the fine remitted as to said defendant, on the ground that his guilt was not established beyond a reasonable doubt.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent as to said defendant and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RACHAEL SEIDORF, BELLA KLEINFELD and LOUIS WHITE, Appellants.— Judgment unanimously reversed, the information dismissed and the fines remitted, on the ground that the guilt of the defendants was not established beyond a reasonable doubt.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ETHEL W. NYGREN, Respondent, v. HELEN JACKSON, Appellant, et al., Defendants.  (Consolidated Actions Nos. 1 and 2.) — Judgment unanimously affirmed, with costs.  No opinion.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BARRY HALBERT, Appellant, v. JAMES B. HURLEY, Respondent.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EDITH W. HARWOOD, Respondent, v. WALLACE W. HARWOOD, Appellant.— Determination unanimously affirmed, with costs and disbursements.  No opinion.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.  [182 Misc. 130.]  [See *post,* p. 1038.]

PANOS A. GEORGOPULO, Appellant, v. BASIL P. GEORGOPULO, Respondent.— Order reversed, with twenty dollars costs and disbursements, and the motion for judgment on the pleadings denied, solely on the ground that there are issues which should await development of the facts on the trial.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to affirm, on the ground set forth in the opinion of Special Term, dated January 11, 1944.

HARRY GRIBBON, Respondent, v. BRADFORD OPERATING CORPORATION, Appellant.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,197.05, in which event the judgment as so modified and the order appealed from are affirmed, without costs.  No opinion.  Settle order on notice.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ADELE CONWAY, as Administratrix of the Estate of JAMES CONWAY, Deceased, Respondent, v. ROYAL BLUE SIGHTSEEING CORPORATION et al., Appellants.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.  [See *post,* p. 1039.]